

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.    :    NO. 2:09-cr-81
            JUDGE FROST

JOHN W. WOODEN
BRADLEY S. HEMMINGSEN

18 U.S.C. §2
18 U.S.C. §1951
18 U.S.C. §924(c)(1)(A)(i)
18 U.S.C. §924(c)(1)(A)(ii)

## INDICTMENT

**THE GRAND JURY CHARGES**

### COUNT 1
### Hobbs Act (18 U.S.C. §1951)

1. At all times material to this Indictment, MacDonald's Restaurant, located at 3746 Riverside Drive, Upper Arlington, Ohio, was engaged in commercial activities in and affecting commerce, that is, the said MacDonald's Restaurant, intended to purchase and did purchase items made by manufacturers and producers outside of the State of Ohio, which items moved in interstate commerce from outside the State of Ohio for use and sale by the said MacDonald's Restaurant within the State of Ohio.

2. On or about January 15, 2009, in the Southern District of Ohio, the defendants, **JOHN W. WOODEN and BRADLEY S. HEMMINGSEN**, did unlawfully obstruct and affect commerce and the movement of articles in such commerce by robbery, in that the

defendants, **JOHN W. WOODEN and BRADLEY S. HEMMINGSEN**, did unlawfully take and obtain approximately $3231 in United States currency belonging to the said MacDonald's Restaurant, from a person having lawful custody of such property, by means of actual and threatened physical violence in furtherance of such robbery.

In violation of 18 U.S.C. §§2 and 1951.

## COUNT 2
## 18 U.S.C. §924(c)

On or about January 15, 2009, in the Southern District of Ohio, the defendant, **JOHN W. WOODEN and BRADLEY S. HEMMINGSEN**, did knowingly use and carry and brandish a firearm during and in relation to a crime of violence, for which he may be prosecuted in a Court of the United States, that is; an armed robbery which unlawfully obstructed and affected commerce, in violation of 18 U.S.C. §1951, as described in Count 1 of this Indictment and incorporated herein by reference as if fully set forth.

In violation of 18 U.S.C. §§924(c)(1)(A)(i) & 924(c)(1)(A)(ii) and 18 U.S.C. §2.

A TRUE BILL.

S/Foreperson
FOREPERSON

GREGORY G. LOCKHART
United States Attorney

WILLIAM E. HUNT
First Assistant U.S. Attorney

2